AO 440 (Rev. DC - September 2003) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
## District of Columbia

WildEarth Guardians

**SUMMONS IN A CIVIL CASE**

V.

Dirk Kempthorne

CASI

Case: 1:08-cv-00472
Assigned To : Kollar-Kotelly, Colleen
Assign. Date : 3/19/2008
Description: Admn. Agency Review

TO: (Name and address of Defendant)

Jeffrey A. Taylor
United States Attorney's Office
555 4th St., NW
Washington, D.C. 20530

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

Robert Ukeiley
WildEarth Guardians
1536 Wynkoop St., Ste. 300
Denver, CO 80202

an answer to the complaint which is served on you with this summons, within _____60_____ days after service
of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for
the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this
Court within a reasonable period of time after service.

NANCY MAYER-WHITTINGTON                    MAR 1 9 2008

CLERK                                       DATE

(BY) DEPUTY CLERK

AO 440 (Rev. DC - September 2003) Summons in a Civil Action

| RETURN OF SERVICE | | |
|---|---|---|
| Service of the Summons and complaint was made by me[1] | DATE 04/09/08 | |
| NAME OF SERVER (PRINT) Danielle Capillo | TITLE Legal Assistant | |

*Check one box below to indicate appropriate method of service*

**G**  Served personally upon the defendant. Place where served: _____

**G**  Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

    Name of person with whom the summons and complaint were left: _____

**G**  Returned unexecuted: _____

**G**  Other (specify): _____Certified Mail Return Reciept Requested____

| STATEMENT OF SERVICE FEES | | |
|---|---|---|
| TRAVEL | SERVICES $ 6.11 postage | TOTAL $ 6.11 |

**DECLARATION OF SERVER**

    I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on ___4/14/08___    ___Danielle Capillo___
          Date             Signature of Server

          435 R Chestnut St. Ste 1  Berea, KY 40403
          Address of Server

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

**SENDER: COMPLETE THIS SECTION**

■ Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
■ Print your name and address on the reverse so that we can return the card to you.
■ Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

Jeffrey S. Taylor
U.S. Attorney's Office
555 4th St. N.W.
Washington, D.C. 20530

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature

X _Daniel L. Parks_      ☐ Agent   ☐ Addressee

B. Received by (Printed Name)   APR 09 2008   C. Date of Delivery

D. Is delivery address different from item 1?   ☐ Yes
   If YES, enter delivery address below:   ☐ No

3. Service Type
   ☐ Certified Mail   ☐ Express Mail
   ☐ Registered   ☐ Return Receipt for Merchandise
   ☐ Insured Mail   ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)   ☐ Yes

2. Article Number
   (Transfer from service label)   7004 2510 0000 4876 2978   G-1

PS Form 3811, February 2004      Domestic Return Receipt      102595-02-M-1540

---

**U.S. Postal Service™**
**CERTIFIED MAIL™ RECEIPT**
(Domestic Mail Only; No Insurance Coverage Provided)

For delivery information visit our website at www.usps.com℠

O F F I C I A L   U S E

WASHINGTON DC 20530

| | | |
|---|---|---|
| Postage | $ | $1.31   0246 |
| Certified Fee | | |
| Return Receipt Fee (Endorsement Required) | | $2.15   Postmark Here |
| Restricted Delivery Fee (Endorsement Required) | | APR 04 2008 |
| Total Postage & Fees | $ | $6.11   04/04/2008 |

Sent To: Jeffrey S. Taylor - U.S. Attorney's Of.
Street, Apt. No.; or PO Box No. 555 4th Street N.W.
City, State, ZIP+4 Washington, D.C. 20530

PS Form 3800, June 2002      See Reverse for Instructions

7004 2510 0000 4876 2978