AO 440 (Rev. DC - September 2003) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
## District of Columbia

WildEarth Guardians

**SUMMONS IN A CIVIL CASE**

V.

Dirk Kempthorne

CASE 1

Case: 1:08-cv-00472
Assigned To : Kollar-Kotelly, Colleen
Assign. Date : 3/19/2008
Description: Admn. Agency Review

TO: (Name and address of Defendant)

Dirk Kempthorne, Secretary of the Interior
1849 C Street, N.W.
Washington, D.C. 20240

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

Robert Ukeiley
WildEarth Guardians
1536 Wynkoop St., Ste. 300
Denver, CO 80202

an answer to the complaint which is served on you with this summons, within _____60_____ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

NANCY MAYER-WHITTINGTON          MAR 19 2008

CLERK                            DATE

(By) DEPUTY CLERK

AO 440 (Rev. DC - September 2003) Summons in a Civil Action

## RETURN OF SERVICE

| | DATE |
|---|---|
| Service of the Summons and complaint was made by me[1] | 04/09/08 |
| NAME OF SERVER (PRINT) Danielle Capillo | TITLE Legal Assistant |

Check one box below to indicate appropriate method of service

☐ Served personally upon the defendant. Place where served: _____

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☐ Other (specify): Certified Mail Return Reciept Requested

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES $6.11 postage | TOTAL $6.11 |
|---|---|---|

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on 4/14/08
         Date

Signature of Server: *Danielle Capillo*

Address of Server: 435 R Chestnut St. Ste 1 Berea, KY 40403

---

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

| SENDER: COMPLETE THIS SECTION | COMPLETE THIS SECTION ON DELIVERY |
|---|---|
| ■ Complete Items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.<br>■ Print your name and address on the reverse so that we can return the card to you.<br>■ Attach this card to the back of the mailpiece, or on the front if space permits. | A. Signature<br>X _m(illegible)_  ☐ Agent  ☐ Addressee<br>B. Received by (Printed Name): M. Tyson   C. Date of Delivery: 4/9/08<br>D. Is delivery address different from item 1? ☐ Yes<br>If YES, enter delivery address below: ☒ No |
| 1. Article Addressed to:<br>Dirk Kempthorne<br>Secretary of Interior<br>1849 C Street, N.W.<br>Washington D.C. 20240 | 3. Service Type<br>☐ Certified Mail  ☐ Express Mail<br>☐ Registered   ☐ Return Receipt for Merchandise<br>☐ Insured Mail  ☐ C.O.D.<br>4. Restricted Delivery? (Extra Fee)  ☐ Yes |
| 2. Article Number (Transfer from service label) | 7004 2510 0000 4876 2961   G-1 |
| PS Form 3811, February 2004 | Domestic Return Receipt   102595-02-M-1540 |

**U.S. Postal Service™**
**CERTIFIED MAIL™ RECEIPT**
(Domestic Mail Only; No Insurance Coverage Provided)

For delivery information visit our website at www.usps.com®

OFFICIAL USE

| | |
|---|---|
| Postage | $1.31 |
| Certified Fee | $2.65 |
| Return Receipt Fee (Endorsement Required) | $2.15 |
| Restricted Delivery Fee (Endorsement Required) | $0.00 |
| Total Postage & Fees | $6. |

Postmark: BEREA KY 40403, APR 04 2008, 04/04/2008

Sent To: Dirk Kempthorne Secretary of Interior
Street, Apt. No.; or PO Box No.: 1849 C Street, N.W.
City, State, ZIP+4: Washington D.C. 20240

PS Form 3800, June 2002    See Reverse for Instructions

7004 2510 0000 4876 2961