RONALD J. TENPAS
Assistant Attorney General
United States Department of Justice
Environment & Natural Resources Division
JEAN E. WILLIAMS, Chief
LISA LYNNE RUSSELL, Assistant Chief
KRISTEN BYRNES FLOOM, Trial Attorney (DC Bar No. 469615)
RICKEY D. TURNER, Trial Attorney
United States Department of Justice
Environment & Natural Resources Division
Wildlife and Marine Resources Section
Benjamin Franklin Station, P.O. Box 7369
Washington, DC 20044-7369
Telephone: (202) 305-0340
Facsimile: (202) 305-0275
Kristen.Floom@usdoj.gov

Attorneys for Defendant

## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| WILDEARTH GUARDIANS, | ) | Case No. 08-472 (CKK) |
| | ) | |
| Plaintiff, | ) | |
| | ) | **DEFENDANT'S NOTICE OF** |
| vs. | ) | **APPEARANCE** |
| | ) | |
| DIRK KEMPTHORNE, United States | ) | |
| Secretary of the Interior, | ) | |
| | | |
| Defendant. | | |

To the Court, the parties, and their attorneys of record:

PLEASE TAKE NOTICE that Kristen Byrnes Floom shall serve as co-counsel for the

Defendant in the captioned matter. Copies of future filings, notices, and decisions should be sent

to Ms. Floom as indicated below.

Service by U.S. Mail:

Kristen Byrnes Floom
United States Department of Justice
Environment and Natural Resources Division
Ben Franklin Station
P.O. Box 7369
Washington, D.C.  20044-7369

Express deliveries (Federal Express, courier, etc.):
Kristen Byrnes Floom
United States Department of Justice
Environment and Natural Resources Division
601 D Street, N.W.
Room 3916
Washington, D.C.  20004
Telephone: (202) 305-0340
Facsimile: (202) 305-0275
E-mail: Kristen.Floom@usdoj.gov

Respectfully submitted this 15th day of April, 2008.

RONALD J. TENPAS
Assistant Attorney General
United States Department of Justice
Environment & Natural Resources Division
JEAN E. WILLIAMS, Chief
LISA LYNNE RUSSELL, Assistant Chief

/s/ Kristen Byrnes Floom
KRISTEN BYRNES FLOOM, Trial Attorney
DC Bar No. 469615
RICKEY D. TURNER, Trial Attorney
United States Department of Justice
Environment & Natural Resources Division
Wildlife and Marine Resources Section
Benjamin Franklin Station, P.O. Box 7369
Washington, DC 20044-7369
Telephone: (202) 305-0340
Facsimile: (202) 305-0275
Kristen.Floom@usdoj.gov

Attorneys for Defendant