UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| WILDEARTH GUARDIANS, et al.   )<br>                                               )<br>         Plaintiffs,                      )<br>                                               )<br>         v.                                   )<br>                                               )<br>DIRK KEMPTHORNE, et al.      )<br>                                               )<br>         Defendants.                    )<br>_____) | Civil No. 08-472 |

**NOTICE OF APPEARANCE**

The Court and counsel will please take notice that RICKEY DOYLE TURNER JR. of the United States Department of Justice, hereby enters his appearance as counsel for the Defendants in the above-captioned action.

Relevant address, telephone numbers, and contact information for Mr. Turner are as follows:

<u>MAILING ADDRESS</u>
Rickey Doyle Turner Jr.
Environment and Natural Resources Division
Wildlife & Marine Resources Section
U.S. Department of Justice
Ben Franklin Station
P.O. Box 7369
Washington, D.C.  20044-7369

<u>OVERNIGHT DELIVERY/STREET ADDRESS</u>
Rickey Doyle Turner Jr.
Environment and Natural Resources Division
Wildlife & Marine Resources Section
U.S. Department of Justice
601 D Street, NW, Room 3033

Federal Defendants' Notice of Appearance                                            Case No: 08-472

Washington, D.C. 20004

TELEPHONE AND FAX NUMBERS
Telephone: (202) 305-0229
Facsimile:  (202) 305-0275

ELECTRONIC CORRESPONDENCE:
rickey.turner@usdoj.gov



Respectfully submitted this 15th of April 2008,

        RONALD J. TENPAS, Acting Assistant Attorney General
        JEAN E. WILLIAMS, Section Chief

        **s/  Rickey Doyle Turner Jr.**
        RICKEY DOYLE TURNER JR.
        U.S. Department of Justice
        Environment & Natural Resources Division
        Wildlife and Marine Resources Section
        P.O. Box. 7369
        Washington, D.C. 20044-7369
        (202) 305-0229
        rickey.turner@usdoj.gov

**CERTIFICATE OF SERVICE**

    I hereby certify that a true and correct copy of the foregoing will be e-filed this April 15, 2008, will be automatically served upon counsel of record, all of whom appear to be subscribed to receive notice from the ECF system.

                                          *s/ Rickey Turner*