UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| WILDEARTH GUARDIANS )<br> )<br>    Plaintiff, )<br> )<br> ) No. 1:08-cv-00472 (CKK)<br>    v. )<br> )<br>DIRK KEMPTHORNE, in his official capacity as )<br>Secretary of Interior )<br> )<br>    Defendant. )<br>_____) | |

PLAINTIFF'S UNOPPOSED MOTION TO APPEAR PRO HAC VICE

Pursuant to LCvR 83.2(d), Plaintiff respectfully requests to have James J. Tutchton appear on behalf of the Plaintiff in this case *pro hac vice*. The undersigned Robert Ukeiley is a member of the Bar of this Court, is the attorney of record in this case, and sponsors this motion. A declaration by James J. Tutchton accompanies this motion, which contains the certifications required by LCvR 83.2(d).

Undersigned counsel contacted defense counsel via email to determine Defendant's position on this motion. Defense counsel stated via email that Defendant does not oppose this motion.

Respectfully submitted,

             S/Robert Ukeiley
Robert Ukeiley
WildEarth Guardians
1536 Wynkoop Street, Suite 300
Denver, CO 80202
Tel: (720) 563-9306

Fax: (866) 618-1017
E-mail: rukeiley@wildearthguardians.org

Counsel for Plaintiff

Dated: April 21, 2008

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| WILDEARTH GUARDIANS,<br><br>Plaintiff,<br><br>v.<br><br>DIRK KEMPTHORNE, in his official capacity as Secretary of Interior<br><br>Defendant. | )<br>)<br>)<br>)<br>)<br>) No. 1:08-cv-00472 (CKK)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

DECLARATION OF JAMES J. TUTCHTON

Pursuant to LCvR 83.2(d), I, James J. Tutchton, do declare as follows:

1) My full name is James Jay Tutchton.

2) My address and telephone number are: Environmental Law Clinic, University of Denver, Sturm College of Law, 2255 E. Evans Ave., Denver, CO 80208. (720) 301-3843.

3) I am a member in good standing of the Bar of State of Colorado (CO Bar # 21138) and the Bar of the State of California (CA Bar # 150908). I am also a member in good standing and eligible to practice before the U.S. Courts of Appeals for the Tenth, Ninth and Fifth Circuits, the U.S. District Court for the District of Colorado, the U.S. District Courts for the Northern, Eastern, Central, and Southern Districts of California, and the Supreme Courts of Colorado and California.

4) I certify that I have not been discipline by any bar.

1

5) I have not been admitted to practice *pro hac vice* before this Court in the past two years. However, I have one pending unresolved case before this Court in which I was admitted to practice *pro hac vice* more than two years ago. <u>Friends of Animals v. Norton</u>, CV No. 04-1660 (HHK).

6) I do not practice law from an office located in the District of Columbia.

In accordance with 28 U.S.C. § 1746, and under penalty of perjury under the laws of the United States I swear the foregoing is true and correct.

Executed in Denver, Colorado on this <u>15th</u> day of April, 2008.

*[signature]*
James J. Tutchton (CO #21138)
(CA #150908)
Environmental Law Clinic
University of Denver, Sturm College of Law
2255 E. Evans Ave.,
Denver, CO 80208
Tel: (720)-301-3843
Fax: (303) 871-6991
E-mail: jtutchton@law.du.edu