UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| WILDEARTH GUARDIANS,<br><br>  Plaintiff,<br><br>    v.<br><br>DIRK KEMPTHORNE, Secretary of the Interior,<br><br>  Defendant. | Civil Action No. 08-472 (CKK) |

**ORDER**
(June 18, 2008)

On March 19, 2008, Plaintiff filed its Complaint in this action, seeking to force Defendant, the Secretary of the Interior, to make allegedly overdue findings on Plaintiff's Petitions for Endangered Species Act listings. Defendant filed an Answer to Plaintiff's Complaint on June 9, 2008. In light of this filing, it is, this 18th day of June, 2008, hereby

**ORDERED** that the parties in the above-captioned action shall confer and propose a schedule for proceeding in this matter. The schedule should set out dates for the filing of the Administrative Record in this case, as well as requested dates for planned dispositive motions. The parties shall file the schedule not later than July 18, 2008.

    **SO ORDERED**.

                                                                           /s/
                                                      COLLEEN KOLLAR-KOTELLY
                                                      United States District Judge