UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |  |
|---|---|---|
| WILDEARTH GUARDIANS, | ) | Civil Action No. 08-472 (CKK) |
|  | ) |  |
| Plaintiff, | ) |  |
|  | ) |  |
| v. | ) |  |
|  | ) |  |
| DIRK KEMPTHORNE, | ) |  |
| Secretary of the Interior, | ) |  |
|  | ) |  |
| Defendant. | ) |  |
|  | ) |  |

**PROPOSED SCHEDULING ORDER**

Pursuant to this Court's Order of June 18, 2008 the parties have conferred and propose the following schedule for proceeding in this matter.

**I.    Procedural History and Anticipated Future Governmental Actions**

On March 19, 2008, Plaintiff WildEarth Guardians ("Guardians") filed its Complaint in this action seeking to force Defendant, Secretary of the Interior, Dirk Kempthorne (the "Secretary") to make allegedly overdue findings on Guardians' petitions to list 681 species under the Endangered Species Act ("ESA"). See Doc. No. 1. On June 9, 2008, the Secretary filed an Answer to Guardians' Complaint. See Doc. No.

Subsequent to Guardians' filing of the original petitions and the Complaint, on June 12, 2008, Guardians filed a second or supplemental petition with the Secretary seeking the emergency listing of 32 of the species included in the original petitions.

The U.S. Fish and Wildlife Service ("Service") expects to issue a decision regarding Plaintiff's emergency listing petition by August 1, 2008. In the event that the

Service rejects Guardians' petition seeking the emergency listing of the 32 species, Guardians will seek leave to supplement its complaint to challenge the Service's decision.

Additionally, Defendants anticipate that by the end of 2008 the Service will issue initial "90-day findings" on hundreds of the species included in Guardians' original petitions. Accordingly, in light of these anticipated decisions, the parties propose the following schedule to proceed in this matter in two phases.

**II.    Proposed Schedule**

    **A.    Emergency Listing Petition**

First, within two weeks of any decision by the Service rejecting Guardians' emergency listing petition for the 32 species, Guardians will move for leave to file a Supplemental Complaint challenging the Service's findings for the 32 species.

Defendants anticipate opposing any motion for leave to file a supplemental complaint. Defendants will file any opposition within 30 days after Plaintiff's motion for leave to supplement, and Plaintiff will file its reply within 20 days after Defendants file their opposition.

In the event the Court grants leave for Plaintiff to file a supplemental complaint, Defendants will file their answer and the Administrative Record supporting the Service's decision regarding Plaintiff's emergency listing petition within 30 days of the Court's order granting leave to supplement. Guardians will have then have 30 days to file any motions seeking to strike or add documents to the record, or to seek any discovery should Guardians believe exceptions to the rule of record review apply.

Forty-five days after the resolution of any such motions concerning the contents of the record (or 45 days from the Court's order granting leave to supplement, should no such motions be filed), Guardians will file a motion for summary judgment. Defendants will then have 45 days to file an opposition and cross-motion, Guardians shall have 30 days to respond and reply, and Defendants shall then have 20 days to file a reply in support of their cross-motion.

### B.     Unreasonable Delay Claim

Second, in anticipation of the Service making hundreds of determinations on Guardians' non-emergency listing petitions by the end of 2008, Guardians and the Secretary propose that by January 15, 2009, the parties will file a second proposed schedule for proceeding with the balance of the case. The parties anticipate that Guardians will likely need to file a second supplemental complaint challenging any negative findings on its listing petitions. Additionally, at that time, the parties anticipate that Guardians and the Secretary will be in a better position to determine as to which species it is appropriate to litigate the Secretary's alleged delay in making petition findings.

Respectfully submitted this 18th day of July 2008.

s/ James J. Tutchton
James J. Tutchton, *pro hac vice*
WildEarth Guardians
1536 Wynkoop Street, Suite 300
Denver, CO 80202
Tel: 720-563-9306
Fax: 866-618-1017
E-Mail: jtutchton@wildearthguardians.org

RONALD J. TENPAS
Assistant Attorney General
United States Department of Justice
Environment & Natural Resources Division
JEAN E. WILLIAMS, Chief
LISA LYNNE RUSSELL, Assistant Chief
KRISTEN BYRNES FLOOM, Trial
Attorney
DC Bar No. 469615

<u>/s/ Rickey D. Turner</u>
RICKEY D. TURNER, Trial Attorney
United States Department of Justice
Environment & Natural Resources Division
Wildlife and Marine Resources Section
Benjamin Franklin Station, P.O. Box 7369
Washington, DC 20044-7369
Telephone: (202) 305-0340
Facsimile: (202) 305-0275
Kristen.Floom@usdoj.gov

Attorneys for Defendant

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| WILDEARTH GUARDIANS, | ) | Civil Action No. 08-472 (CKK) |
| Plaintiff, | ) | |
| | ) | **[PROPOSED] ORDER** |
| v. | ) | |
| DIRK KEMPTHORNE,<br>Secretary of the Interior, | ) | |
| Defendant. | ) | |

Having considered the parties' Proposed Scheduling Order, the Court hereby ORDERS that:

1. Plaintiff shall file any motion for leave to file a supplemental complaint within two weeks of any decision by Defendants rejecting Plaintiff's emergency listing petition;

2. Within 30 days after Plaintiff's motion for leave to supplement, Defendants shall file any opposition thereto;

3. Within 20 days after Defendants file their opposition, Plaintiff shall file its reply.

4. In the event the Court grants leave for Plaintiff to file a supplemental complaint, Defendants shall file their answer and the Administrative Record within 30 days of the Court's order granting leave to supplement;

5. Within 30 days of the filing of the Administrative Record, Plaintiff shall file any motions seeking to strike or add documents to the record, or to seek any discovery;

6. Plaintiff's claims related to the emergency listing petition shall be briefed on cross-motions for summary judgment, as follows:

(a) Within 45 days after the resolution of any motions related to the contents of the Administrative Record (or 45 days from the Court's order granting leave to supplement, should no such motions be filed), Plaintiff shall file a motion for summary judgment;

(b) Within 45 days, Defendants shall file an opposition and cross-motion;

(c) Within 30 days, Plaintiff shall file a response and reply;

(d) Within 20 days, Defendants shall file a reply in support of their cross-motion.

7. By January 15, 2009, the parties will file a second proposed schedule for proceeding with the balance of the case.


Dated: _____    _____
HON. COLLEEN KOLLAR-KOTELLY
United States District Judge