UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |  |
|---|---|---|
| WILDEARTH GUARDIANS, | ) | Civil Action No. 08-472 (CKK) |
| Plaintiff, | ) | |
| v. | ) | |
| DIRK KEMPTHORNE, Secretary of the Interior, | ) | |
| Defendant. | ) | |

**NOTICE OF FILING SECOND PROPOSED SCHEDULE**

Pursuant to this Court's Order of July 18, 2008, the parties hereby propose the following schedule for proceeding in this matter:

**A.     Motion for Leave to File Supplemental Complaint**

The parties propose the following schedule for Plaintiff's motion to supplement the complaint:

> August 11, 2008: Plaintiff's motion for leave to file a supplemental complaint
> September 10, 2008: Defendants' opposition to Plaintiffs' motion to supplement
> September 30, 2008: Plaintiff's reply

In the event the Court grants leave for Plaintiff to file a supplemental complaint, Defendants shall file their answer and the Administrative Record within 30 days of the Court's order granting leave to supplement.

Within 30 days of the filing of the Administrative Record, Plaintiff shall file any motions seeking to strike or add documents to the record, or to seek any discovery.

**B.     Claims Regarding Emergency Listing Petition**

Plaintiff's claims related to the emergency listing petition shall be briefed on cross-motions for summary judgment, as follows:

(a)     Within 45 days after the resolution of any motions related to the contents of the Administrative Record (or 45 days from the Court's order granting leave to supplement, should no such motions be filed), Plaintiff shall file a motion for summary judgment;
(b)     Within 45 days, Defendants shall file an opposition and cross-motion;
(c)     Within 30 days, Plaintiff shall file a response and reply;
(d)     Within 20 days, Defendants shall file a reply in support of their cross-motion.

**C.     Other Claims**

By January 15, 2009, the parties will file a second proposed schedule for proceeding with the balance of the case.

A Proposed Order outlining this schedule is filed herewith.

Respectfully submitted this 31st day of July 2008.

/s/ James J. Tutchton (with permission KBF)
James J. Tutchton, *pro hac vice*
WildEarth Guardians
1536 Wynkoop Street, Suite 300
Denver, CO 80202
Tel: 720-563-9306
Fax: 866-618-1017
E-Mail: jtutchton@wildearthguardians.org

RONALD J. TENPAS
Assistant Attorney General
United States Department of Justice
Environment & Natural Resources Division
JEAN E. WILLIAMS, Chief
LISA LYNNE RUSSELL, Assistant Chief

/s/ Kristen Byrnes Floom
KRISTEN BYRNES FLOOM, Trial Attorney
DC Bar No. 469615
RICKEY D. TURNER, Trial Attorney
United States Department of Justice
Environment & Natural Resources Division
Wildlife and Marine Resources Section
Benjamin Franklin Station, P.O. Box 7369
Washington, DC 20044-7369
Telephone: (202) 305-0340
Facsimile: (202) 305-0275
Kristen.Floom@usdoj.gov

Attorneys for Defendant

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| WILDEARTH GUARDIANS, | ) | Civil Action No. 08-472 (CKK) |
| Plaintiff, | ) | |
| | ) | **[PROPOSED] ORDER** |
| v. | ) | |
| DIRK KEMPTHORNE, Secretary of the Interior, | ) | |
| Defendant. | ) | |

Having considered the parties' Proposed Scheduling Order, the Court hereby ORDERS that:

1.  Plaintiff shall file any motion for leave to file a supplemental complaint by August 11, 2008;

2.  Defendants shall file any opposition to Plaintiffs' motion to supplement by September 10, 2008;

3.  Plaintiff shall file its reply by September 30, 2008.

4.  In the event the Court grants leave for Plaintiff to file a supplemental complaint, Defendants shall file their answer and the Administrative Record within 30 days of the Court's order granting leave to supplement;

5.  Within 30 days of the filing of the Administrative Record, Plaintiff shall file any motions seeking to strike or add documents to the record, or to seek any discovery;

6.  Plaintiff's claims related to the emergency listing petition shall be briefed on cross-motions for summary judgment, as follows:

    (a)    Within 45 days after the resolution of any motions related to the contents of the Administrative Record (or 45 days from the Court's order granting leave to supplement, should no such motions be filed), Plaintiff shall file a motion for summary judgment;

    (b)    Within 45 days, Defendants shall file an opposition and cross-motion;

    (c)    Within 30 days, Plaintiff shall file a response and reply;

    (d)    Within 20 days, Defendants shall file a reply in support of their cross-motion.

7.    By January 15, 2009, the parties will file a second proposed schedule for proceeding with the balance of the case.

Dated: _____          _____
                                                  HON. COLLEEN KOLLAR-KOTELLY
                                                  United States District Judge